IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID MEZA,<br><br>  Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>  Defendant. | 8:22CV102<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 162), judgment is entered in favor of defendant Union Pacific Railroad Co. and against plaintiff David Meza.  This case is dismissed with prejudice.  *See* Fed. R. Civ. P. 58(a).

Dated this 26th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge