# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1367
_____

David Meza

Plaintiff - Appellant

v.

Union Pacific Railroad Co.

Defendant - Appellee

------------------------------

Equal Employment Opportunity Commission

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-00102-RFR)
_____

**JUDGMENT**

Before LOKEN, BENTON, and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 25, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler