# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1367

David Meza

Appellant

v.

Union Pacific Railroad Co.

Appellee

------------------------------

Equal Employment Opportunity Commission

Amicus on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-00102-RFR)

---

**MANDATE**

In accordance with the opinion and judgment of July 25, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 15, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit